UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MARY ANN ESKEW,**  CASE NO. 23-cv-23965-FAM
   *Plaintiff*,

v.

**CARNIVAL CORP.,**
   *Defendant*.
_____/

### PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

**COMES NOW,** the Plaintiff, Mary Ann Eskew, by and through her undersigned counsel and pursuant to rule 6(b)(1) of the Federal Rules of Civil Procedure and rule 7.1(a)(3) of the Local Rules of the Southern District of Florida, and hereby moves the Court to extend the time within which the Plaintiff must respond to the Defendant's Motion to Dismiss (the "Motion" or "Mot.") [DE 7], and states:

1. Pursuant to the Court's Order [DE 9] granting the Plaintiff's previous Motion for Extension of Time [DE 8], the Plaintiff must respond to the Defendant's Motion on or before December 29, 2023. However, the undersigned's continuing eye problems and treatment therefore, along with the Parties' continued desire to engage in negotiations to foment settlement require the Plaintiff to seek an additional extension of the response time.

2. The Plaintiff requests an additional extension of 21 days (until January 19, 2024) within which to respond to the Defendant's Motion.

3. The instant Motion is not brought for any dilatory or other improper purpose.

4. The undersigned has contacted counsel for the Defendant, who does not oppose the relief sought herein.

**WHEREFORE,** in light of the foregoing, the Plaintiff, Mary Ann Eskew, respectfully requests that this Honorable Court enter an Order extending by 21 additional days until January 19, 2024, the time within which she must respond to the Defendant's Motion to Dismiss, along with all other relief the Court deems proper and just.

December 27, 2023

Respectfully submitted,

/s/ Domingo C. Rodriguez
Domingo C. Rodriguez, Esq.
Fla. Bar No. 394645
**Rodriguez Law Office, LLC**
1550 Madruga Avenue, Suite 240
Coral Gables, Florida 33146
T: 305-774-1477 ~ F: 305-774-1075
domingo@rlomiami.com