UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MARY ANN ESKEW,**   CASE NO. 23-cv-23965-FAM
　　*Plaintiff*,

v.

**CARNIVAL CORP.,**
　　*Defendant*.
_____/

**AGREED ORDER ON
PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

**THIS CAUSE** having come before the Court on the Plaintiff's Second Unopposed Motion for an Extension of Time to Respond to the Defendant's Motion to Dismiss [DE 12], the Court having reviewed the Motion and the Defendant's agreement thereto, and the Court being otherwise informed in the premises, it is:

**ORDERED and ADJUDGED** that the Motion be and the same hereby is **GRANTED.** The Plaintiff shall respond to the Defendant's Motion to Dismiss on or before January 19, 2024.

**DONE and ORDERED** in Chambers at Miami, Florida, this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Federico A. Moreno
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge


Copies to:　Magistrate Judge Goodman
　　　　　　　All Counsel of Record